## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOMINICK DUBRAY, | ) | |
| | ) | |
| Petitioner, | ) | 8:17CV21 |
| | ) | |
| v. | ) | |
| | ) | |
| BRAD HANSEN, Warden, | ) | ORDER |
| Tecumseh Prison, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

IT IS ORDERED that Petitioner's motion for appointment of counsel (filing no. 16) is denied.

DATED this 27th day of June, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge