IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DOMINICK DUBRAY, | ) | |
| --- | --- | --- |
| | ) | |
| Petitioner, | ) | 8:17CV21 |
| | ) | |
| v. | ) | |
| | ) | |
| BRAD HANSEN, Warden, | ) | ORDER |
| Tecumseh Prison, | ) | |
| | ) | |
| Respondent. | ) | |

IT IS ORDERED that Petitioner's second motion to appoint counsel (filing no. 19) is denied.

DATED this 30th day of June, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge